UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

—————————————————————————X

**DARYL STEPHEN**,
Plaintiff,
v.
**PUBLIC PARTNERSHIPS, LLC**,
Defendant.

—————————————————————————X

*** Filed *** 06:39 PM, 09 Jun, 2026 U.S.D.C., Eastern District of New York

Case No. **1:25-cv-03895-NRM-LKE**

**PLAINTIFF'S LETTER MOTION REQUESTING STATUS / SCHEDULING CONFERENCE**
Honorable **Nina R. Morrison**:

Plaintiff **pro se** respectfully requests a **status** and **scheduling conference**.
Defendant's **motion to dismiss** is fully briefed. **No stay of discovery** has been entered.
Plaintiff respectfully requests a conference to address **case scheduling** and the **Rule 26(f) process** so that the pendency of the motion to dismiss does not operate as a **de facto stay** where no stay has been granted.
Under **Rule 26(d)(1)**, discovery generally may not be sought before the **Rule 26(f) conference** unless otherwise stipulated or ordered, and **Rule 26(f)** requires the parties to confer and submit a **discovery plan**. **Fed. R. Civ. P. 26(d)(1), 26(f). Rule 16** likewise contemplates active **scheduling** and **case management** by the Court. **Fed. R. Civ. P. 16.**
**Good cause** exists. Defendant's motion relies on **declarations** and **exhibits outside the complaint**, including records concerning **timesheet submissions**, **approval records**, and **communications**. Plaintiff continues to face **prejudice** from delay in moving the case into a **discovery posture**. Plaintiff does not seek to **reargue** the motion by this letter. Plaintiff seeks only **case-management guidance** and an orderly path forward.
Accordingly, Plaintiff respectfully requests that the Court either:

1. set a short **status / scheduling conference**; or
2. direct the parties to proceed with the **Rule 26(f) conference** and submit a proposed **discovery plan** by a date set by the Court.

Plaintiff submits this request respectfully and for **case-management purposes only**.
Thank you for the Court's consideration.

Dated: **Brooklyn, New York**
**June 9 2026**
Respectfully submitted,
**Daryl Stephen**
Plaintiff **Pro Se**

**1316 Sterling PL apt 1R**
**Brooklyn NY 11213**
**917-547-2145**
**Ds027c@icloud.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 9, 2026**, I served the foregoing **Plaintiff's Letter Motion Requesting Status / Scheduling Conference** by **email** on counsel for Defendant.

Dated: **June 9, 2026**
Brooklyn, New York


**Daryl Stephen**
Plaintiff Pro Se