Daryl Stephen
1316 Sterling Place, Apt. 1R
Brooklyn, NY 11213
917-547-2145
Ds027c@icloud.com

*** Filed ***
04:39 PM, 22 Jun, 2026
U.S.D.C., Eastern District of New York

June 22, 2026

VIA ECF

Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Stephen v. Public Partnerships LLC d/b/a PPL, No. 1:25-cv-3895-NRM-LKE**
**Request for Referral to EDNY ADR/Mediation Program**

Dear Judge Eshkenazi:

Plaintiff respectfully requests that the Court refer this matter to the Eastern District of New York's **Alternative Dispute Resolution ("ADR") Program**, including mediation under **Local Civil Rule 83.8**, or grant such other settlement-related relief as the Court deems appropriate under **Fed. R. Civ. P. 16**.

Plaintiff is not seeking to renew his request for **merits discovery** through this letter. Defendant's **Motion to Dismiss** is fully briefed, and Defendant has opposed proceeding with **Rule 26(f)** obligations at this time on the ground that discovery would be inefficient and burdensome while the motion remains pending. Plaintiff disagrees that discovery is premature, but acknowledges that the Court may prefer to avoid the costs of merits discovery at this stage of the litigation.

**ADR** would provide a structured, cost-effective alternative that does not require merits discovery, may conserve judicial and party resources, and may assist the parties in determining whether resolution is possible before additional litigation expenses are incurred.

Plaintiff is not requesting a repeat of the prior **settlement conference** held in this matter. Plaintiff previously participated in settlement discussions, but the case did not resolve. Since then, the pleadings, motion practice, and overall posture of the case have developed. Plaintiff respectfully submits that referral to the EDNY ADR Program, as a structured mediation process distinct from the prior settlement conference, may now be more productive than further informal discussions.

Plaintiff is prepared to participate in **ADR in good faith** and respectfully requests that any ADR process require participation by a representative with **full settlement authority**, including any insurer or other entity whose approval is necessary for settlement.

Plaintiff respectfully requests referral to **ADR**, or, in the alternative, such other settlement-related relief as the Court deems appropriate.

Respectfully submitted,

/s/ Daryl Stephen

Daryl Stephen
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I electronically filed the foregoing letter motion with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 22, 2026
Brooklyn, New York

/s/ Daryl Stephen

Daryl Stephen
Plaintiff, Pro Se