

**Janice Sued Agresti**
Direct Phone   212-453-3978
Direct Fax        646-588-1558
jagresti@cozen.com

July 10, 2026

**Via ECF**

The Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    *Stephen v. Public Partnerships LLC, No. 1:25-cv-03895-NRM-LKE***

Dear Judge Eshkenazi:

Defendant Public Partnerships LLC ("PPL") respectfully submits this brief letter in response to Plaintiff's July 7, 2026 filing styled as a "Reply" in support of his request for referral to the Court's ADR program. (ECF No. 52.)

As an initial matter, Plaintiff's filing is procedurally improper. Plaintiff sought relief through a letter motion. Defendant responded. Plaintiff has now submitted what amounts to a reply brief without leave of Court. Plaintiff's repeated procedurally improper, unsupported, and seemingly AI-generated submissions have required Defendant to expend unnecessary time and resources addressing filings that do not advance the merits of the case. To the extent the Court considers the present filing, PPL respectfully submits that it does not alter the analysis set forth in Defendant's opposition.

Plaintiff's submission largely consists of generalized statements regarding the potential benefits of ADR. Defendant does not dispute that ADR can be an effective dispute-resolution tool in appropriate circumstances. However, Plaintiff's letter fails to address the specific facts and procedural posture of this case, which were the subject of Defendant's letter opposing ADR.

Most notably, Plaintiff suggests that Local Civil Rule 83.8 supports compelled referral to mediation. It does not. The Rule describes mediation as a process through which parties agree to participate in settlement discussions with a neutral mediator. Plaintiff's submission identifies no authority requiring referral under the circumstances presented here or requiring Defendant to participate where prior settlement efforts have proven unsuccessful.

Nor does Plaintiff meaningfully respond to Defendant's explanation that the parties have already engaged in settlement-related discussions without success. As previously explained, Defendant has made good-faith efforts to explore resolution, and additional ADR proceedings are unlikely to advance the case or conserve party or judicial resources.

Finally, Plaintiff's letter continues to ignore the current posture of this litigation. Defendant's dispositive motion remains pending. At the same time, Plaintiff has repeatedly sought to advance discovery and related proceedings notwithstanding that motion. Referral to ADR at this juncture would not promote efficiency and instead risks further complicating a case that is already awaiting substantive rulings from the Court.

For those reasons, Defendant respectfully requests that the Court deny Plaintiff's request for referral to ADR.

Respectfully submitted,

**COZEN O'CONNOR**

/s/ Janice Sued Agresti
Janice Sued Agresti
Counsel for Defendant Public Partnerships LLC