UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

————————————————————X

DARYL STEPHEN,
Plaintiff,

v.

Case No. 1:25-cv-03895-NRM-LKE

PUBLIC PARTNERSHIPS, LLC,
Defendant.

————————————————————X

Case No. 1:25-cv-03895-NRM-LKE

July 13, 2026

**VIA PRO SE ELECTRONIC DOCUMENT SUBMISSION SYSTEM**

Honorable Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Stephen v. Public Partnerships, LLC, No. 1:25-cv-03895-NRM-LKE — Request for Permission to Bring Cellular Telephone into Courthouse**

Dear Judge Eshkenazi:

Plaintiff pro se respectfully requests permission to bring one cellular telephone into the courthouse for the in-person status conference scheduled for July 21, 2026.

Plaintiff requires the telephone for transportation coordination, emergency communications relating to his caregiving responsibilities, and access to electronically maintained case materials before and after the conference.

Plaintiff will keep the telephone completely silenced and stored while inside the courtroom and will comply with all instructions from the Court, the United States Marshals Service, and Court Security Officers. Plaintiff does not seek permission to photograph, record, broadcast, transmit, or otherwise use the telephone during the proceeding.

*** Filed *** 02:08 PM, 13 Jul, 2026 U.S.D.C., Eastern District of New York

Plaintiff respectfully requests that, if permission is granted, the Court provide written authorization and notify courthouse security so that Plaintiff may enter the courthouse with the telephone on July 21, 2026.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Daryl Stephen

Daryl Stephen
Plaintiff Pro Se
1316 Sterling Place, Apt. 1R
Brooklyn, New York 11213
Telephone: 917-547-2145
Email: DS027C@icloud.com