*** Filed ***
12:02 AM, 25 Sep, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

————————————————————X

**DARYL STEPHEN**,

Plaintiff,

-against- No. **1:25-cv-03895 (NRM)(LKE)**

**PUBLIC PARTNERSHIPS LLC**,

Defendant.

————————————————————X

**NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2) AND 15(d)**

PLEASE TAKE NOTICE that Plaintiff **Daryl Stephen**, proceeding pro se, respectfully moves this Court before the Honorable **Nina R. Morrison**, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order granting Plaintiff leave to file the proposed **Second Amended and Supplemental Complaint** pursuant to Federal Rules of Civil Procedure **15(a)(2)** and **15(d)**.

Plaintiff seeks leave to file the proposed **Second Amended and Supplemental Complaint** to clarify, narrow, and supplement the operative pleading with later events

involving the same parties, same employment relationship, same PPL payroll and wage-statement systems, and same wage-payment, correction-payment, written-computation, and recordkeeping issues already at issue in this action.

Plaintiff further requests that, if leave is granted, Defendant's pending motion to dismiss the First Amended Complaint, **ECF No. 43**, be denied without prejudice as moot, or that Defendant be directed to respond to the new operative pleading as the Court deems appropriate.

This motion is based upon this Notice of Motion, Plaintiff's accompanying **Memorandum of Law**, Plaintiff's accompanying **Declaration**, the proposed **Second Amended and Supplemental Complaint**, the **Summary of Proposed Amendments**, the exhibits submitted with this motion, the prior docket filings referenced herein, and all other papers and proceedings in this action.

The exhibits submitted with this motion are:

**Exhibit A** — Proposed **Second Amended and Supplemental Complaint**;

**Exhibit B** — **Summary of Proposed Amendments**;

**Exhibit C** — PPL paper-timesheet-exception text messages;

**Exhibit D** — **September 9, 2026 payroll voucher/payment record** showing the later payment of **8.75 hours**, **$180.69 gross**, and **$162.25 net** connected to the August 19, 2026 punch; and

**Exhibit E** — Plaintiff's written request for a written computation, reconciliation, or troubleshooting response, to the extent not already docketed at **ECF No. 59-1**.

Dated: Brooklyn, New York

**September 24, 2026**

Respectfully submitted,

/s/ Daryl Stephen

**Daryl Stephen**

Plaintiff Pro Se

1316 Sterling Place

Brooklyn, NY 11213

Tel.: 917-547-2145

Email: ds027c@icloud.com